IN THE MATTER OF ELIZABETH L. ENSIGN, AS EXECUTRIX, ETC., FOR AN ORDER REQUIRING MARTIN S. CUYKENDALL, AS RECEIVER, ETC., TO REFUND MONEY, ETC. — Order reversed without prejudice to any subsequent proceedings or suit, without costs. Opinion by HARDIN, J.; MACOMBER, J., not sitting.

JEWELL M. BURGDORF, *Respondent, v.* BENJAMIN F. O'DELL, *Appellant.* — Judgment and order reversed, and new trial ordered in Ontario County Court, costs to abide event. Opinion by SMITH, P. J.

RICHARD BROTHERS, *Respondent, v.* PHILANDER W. FOBES, *Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.

CHARLES N. BROWN and others, *Appellants, v.* NORMAN W. DODGE and others, *Respondents.* — The judgments in favor of Fonda & Howard and Dodge, Miggs & Co., respectively, reversed, and new trial as between them and the owner ordered in the Onondaga County Court, costs of this appeal to abide event. In all other respects the judgments are affirmed. Opinion by SMITH, P. J.

JAMES J. O'DEA, *Respondent, v.* MARY O'DEA, *Appellant.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HARDIN, J.

MASON H. PLACE, *Respondent, v.* GILBERT E. PARSONS, *Appellant.* — Judgment of County Court reversed, and that of the justice affirmed, with costs. Opinion by MACOMBER, J.

ALEXANDER McKINSTRY, Jr., *Respondent, v.* GUY DAVIS and others, *Appellants.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

JOHN WOLFF, *Respondent, v.* OSWEGO AND ONONDAGA INSURANCE COMPANY, *Appellant.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HARDIN, J.

MADISON COOPER, *Appellant, v.* THOMAS R. LANGDON, *Respondent.* — Order reversed. Opinion by MACOMBER, J.

HANNAH VAN ALSTINE, *Respondent, v.* THE TRUSTEES OF THE VILLAGE OF CLYDE, *Appellant.* — Judgment and order affirmed. Opinion by SMITH, P. J.

JAMES V. DAVIS, *Appellant, v.* AROVESTUS P. CRANDALL, *Respondent.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J.

WILLIAM S. LITTLE, *Appellant, v.* THE CITY OF ROCHESTER, *Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HAIGHT, J.

GEORGE M. CHRYSLER, *Respondent, v.* TRUMAN C. GRAY, *Appellant.* — Judgment and order reversed, and new trial ordered in the Jefferson County Court, costs to abide event. Opinion by SMITH P. J.